UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1632

_____

MERRY REED; PHILADELPHIA BAIL FUND

v.

FRANCIS BERNARD ARRAIGNMENT COURT MAGISTRATE JUDGES;
SHEILA BEDFORD; KEVIN DEVLIN; JAMES O'BRIEN; CATERIA MCCABE;
ROBERT STACK IN THEIR OFFICIAL CAPACITIES; PRESIDENT JUDGE
PATRICK DUGAN IN HIS OFFICIAL CAPACITY; SHERIFF OF PHILADELPHIA

Francis Bernard, Sheila Bedford, Kevin Devlin,
James O'Brien, Cateria McCabe and Robert Stack,

Appellants

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No: 2-19-cv-03110

_____

ORDER SUR PETITION
FOR REHEARING EN BANC

_____

Present: SMITH, Chief Judge, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO,
BIBAS, PORTER, MATEY, and PHIPPS, Circuit Judges

A majority of the active judges having voted for rehearing en banc in the above

captioned cases, it is ordered that the petition for rehearing is GRANTED. The Clerk of

this Court shall list the case for rehearing en banc on May 19, 2021.  The opinion and

judgment entered September 29, 2020 are hereby vacated.

                              BY THE COURT,

                              s/D. Brooks Smith
                              Chief Judge

Dated:  January 11, 2021
SLC/JK/cc:    All Counsel of Record